IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:08-CV-36-D

| | | |
|---|---|---|
| ATLANTIC MUTUAL INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | **ORDER** |
| MECKLENBURG UTILITIES, INC., NORTH CAROLINA TRACK, INC., DOUGLAS P. JONES, and DIANA K. JONES, | ) ) ) ) ) | |
| Defendants. | ) | |

This case comes before the court on the motion by plaintiff Atlantic Mutual Insurance Company ("plaintiff") (D.E. 19) to compel answers to interrogatories. The motion does not set forth the interrogatories to which the motion relates, and plaintiff did not otherwise include them with the motion. *See* Local Civ. Rule 7.1(c), E.D.N.C. The court cannot determine whether or not to compel responses to discovery requests without knowing what the requests are. IT IS THEREFORE ORDERED that plaintiff's motion is DENIED with leave to re-file in proper form.

SO ORDERED, this the 25th day of March, 2009.

James E. Gates
United States Magistrate Judge